UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTEX BIO-PHOTONICS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>L'OREAL USA, INC.,<br><br>    Defendant. | Case No. 24-cv-07919-JCS<br><br>**ORDER GRANTING MOTION TO STAY LITIGATION PENDING REEXAMINATION**<br><br>Re: Dkt. No. 66 |

Defendant ("L'Oreal") brings a motion to stay this case until the U.S. Patent and Trademark Office ("PTO") resolves L'Oreal's ex parte re-examination petition challenging the validity of all asserted claims of the patent-in-suit, U.S. Patent No. 9,542,595 (the "'595 Patent"). Dkt. no. 66 ("Motion"). The Motion has been briefed and the Court finds that it is suitable for determination without oral argument pursuant to Civil Local Rule 7-1(b). Having considered the parties' briefs, the Court GRANTS the Motion. This action is stayed pending a decision by the PTO regarding institution of reexamination proceedings. Should the PTO institute the requested reexamination, the stay shall extend through the date of issuance of a final written decision. The parties shall inform the Court promptly of the PTO's institution decision and, if the PTO institutes reexamination, of the PTO's issuance of a final written decision. All dates currently set in this case are VACATED. A Status Conference is set for April 22, 2026 at 2:00 p.m. by Zoom webinar, id. 161 926 0804, password 050855. The parties shall file a joint status report by April 15, 2026.

**IT IS SO ORDERED.**

Dated: November 18, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge